UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. No. 08-098 |
| LIZETTE BEATTY, | : Mag No. 07-577 |
| | : VIOLATION : |
| | : 26 U.S.C. § 7206(1) Filing False |
| Defendant. | : Individual Income Tax Return |
| | : |

APR 11 2008

SULLIVAN, J. EGS
A

### INFORMATION

The Assistant Attorney General for Tax charges that:

### COUNT ONE

From on or about January 1, 2004 through the present, in the District of Columbia, and elsewhere, LIZZETTE BEATY, a citizen of the United States, did willfully make and subscribe documents, U.S. Individual Income Tax Returns (Forms 1040) for the tax years 2004 through 2006 which were each verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Forms 1040, LIZZETTE BEATY did not believe to be true and correct as to every material matter, in that the said Forms 1040 failed to report all of her income, and falsely stated that her total income (line 22) thereon was:

Case Related To CR 07-174 (EGS)

| Year | Total Income |
|---|---|
| 2004 | $35,230 |
| 2005 | $36,797 |
| 2006 | $26,677 |

whereas, as she then well knew and believed, her total income was greater than the amounts reported, in that, during the years 2004 through 2006, LIZZETTE BEATY knew that she earned additional income in the form of cash wages from X-Press Refund Tax Service, which were not included in her total income in the following amounts:

| Year | Additional Unreported Income | Corrected Total Income |
|---|---|---|
| 2004 | $4,800 | $40,030 |
| 2005 | $4,800 | $37,697 |
| 2006 | $4,800 | $31,477 |

Such omissions of additional unreported income from line 22 resulted in LIZZETTE BEATY filing materially false tax returns for 2004 through 2006.

In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

NATHAN J. HOCHMAN
ASSISTANT ATTORNEY GENERAL
Tax Division
United States Department of Justice

By: _____
KAREN E. KELLY
VA. Bar #35403
MARK F. DALY
MA. Bar # 640581
Trial Attorneys
Tax Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 616-3864
(202) 616-2245
Karen.e.Kelly@usdoj.gov
Mark.f.daly@usdoj.gov