**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
      Plaintiff,

    vs.                                Criminal No. 08-98(EGS)

LIZETTE BEATTY
      Defendant.


**ORDER**


    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **SEPTEMBER 16, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **SEPTEMBER 23, 2008**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 30, 2008**, and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **OCTOBER 7, 2008 AT 11:00 A.M.**

    IT IS SO ORDERED.

    DATE: April 30, 2008        EMMET G. SULLIVAN
                      UNITED STATES DISTRICT JUDGE