UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No. 08-098 (EGS) |
| : | Mag. No. 07-577 |
| LIZZETTE BEATY, : | |
| : | VIOLATION : |
| : | 26 U.S.C. § 7206(1)  Filing False |
| Defendant. : | Individual Income Tax Return |
| : | |

FILED

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

I, Lizzette Beaty, the above-named defendant, who is accused of Filing False Individual Income Tax Return in violation of Title 26, United States Code, Section 7206(1), having been advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on April 30, 2008, prosecution by Indictment and consent that the proceeding may be by Information rather than Indictment.

_____
Lizzette Beaty
Defendant

_____
Rita Bosworth, Esq.
Office of the Federal Public Defender for the
District of Columbia
Counsel for Defendant

Before _____
Hon. Emmet G. Sullivan
U.S. District Judge