UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           :
                                     :
v.                                   :   Cr. No. 08-098 (EGS)
                                     :   Mag. No. 07-577
LIZZETTE BEATTY,                     :
                                     :   VIOLATION :
                                     :   26 U.S.C. § 7206(1)  Filing False
        Defendant.                   :   Individual Income Tax Return
                                     :

### FACTUAL BASIS FOR THE PLEA OF LIZZETTE BEATY

1. The defendant LIZZETTE BEATY is a citizen of the United States and, during the prosecution period, was a resident of Washington D.C.

2. From on or about January 1, 2004 through the present, in the District of Columbia, and elsewhere, BEATY was employed at a tax return preparation business, X-Press Refund Tax Service ("X-Press"), which was located at 2642 12th Street NE, Washington, D.C.

3. As part of her employment at X-Press, among other things, BEATY prepared and assisted in the preparation of tax returns for clients of the business.

4. As compensation, BEATY received cash wages in the amount of $300 per week.

5. BEATY understood that X-Press would not report to the Internal Revenue Service ("IRS") the wages paid to her and that X-Press would not issue her a Form W-2 reporting the wages paid to her.

6. BEATY did willfully make and subscribe documents, U.S. Individual Income Tax Returns (Form 1040) for the tax years 2004 through 2006 which were each verified by a written declaration that it was made under the penalties of perjury and was filed with the

Internal Revenue Service, which said Forms 1040 for the tax years 2004 through 2006, LIZZETTE BEATY did not believe to be true and correct as to every material matter, in that the said Forms 1040 for the tax years 2004 through 2006 failed to report all of her income, whereas, as she then well knew and believed, her total income and tax liability was greater than the amounts reported, in that, during the years 2004 through 2006.

The preceding statement is a summary, made for the purposes of providing the Court with a factual basis for my guilty plea to the charge filed in the criminal Information against me. I am competent to make this statement and I do so knowingly and voluntarily and because I am, in fact, guilty of the crime charged. I have discussed this factual basis with my attorney, and I understand that this statement is admissible as evidence against me if I fail to comply with the plea agreement.

FOR LIZZETTE BEATY

___4/30/08___  
Date  

_____  
LIZZETTE BEATY

___4/30/08___  
Date  

_____  
RITA BOSWORTH, ESQ.  
Office of the Federal Public Defender for the District of Columbia  
Counsel for Defendant