U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
APR 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :

V.   :   Case No. **08-098 (EGS)**

**Lizzette Beatty**   :   Mag. No. 07-577

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the _____**30th**_____ day of _____**April, 2008**_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____**Special Agents of the IRS - CID**_____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)
Hon. Emmet G. Sullivan, U.S.D.J.

DOJ USA-16-80

COURT