UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>LIZZETTE BEATTY, )<br>)<br>Defendant. ) | Cr. No. 08-098 (EGS) |

**NOTICE OF CHANGE**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Danielle Courtney Jahn assumed responsibility for the defense of Ms. Beatty in the above-captioned case.

Ms. Beatty's case had previously been assigned to Assistant Federal Public Defender Rita B. Bosworth.

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DANIELLE COURTNEY JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500